# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

## 219 South Dearborn

## Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | 4/8/2026 |
| Bankruptcy Case Number | 25 B 18672 |
| Case Name | Brian L Sexton |
| Notice of Appeal Filed | 2/25/2026 |
| Appellant | Brian L Sexton |
| District Court Number | 26 cv 02169 |
| District Court Judge | Charles P. Kocoras |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

**Supplemental**          **Supplemental**

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consists of:

**Appellee**

[✓] Designation and Statement of Issues

[✓] Transmittal Letter

[✓] Copy of Docket Sheet

[ ] Exhibits

[ ] Transcript(s)

Additional Items Included

[ ] _____

_____

[ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

[ ] _____

_____

Previous D C Judge _____     Case Number _____

By Deputy Clerk    Lakeysha Sims

Rev 02/13/2023bb