

**BC**

**FILED**
4/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                )  Case No. 26-cv-02169
                      )
BRIAN L. SEXTON,      )  Hon. Charles P. Kocoras
                      )
  Debtor.             )
                      )  On Appeal from the United
_____ )  States Bankruptcy Court for
                      )  the Northern District of
BRIAN L. SEXTON,      )  Illinois, Case No. 25-18672
                      )  (Hon. Nancy A. Peterman)
  Appellant,          )
                      )
  v.                  )  Order Appealed: Order
                      )  Granting Motion to Dismiss
                      )  and Bar Debtor from
JAMILA ALDASHEVA,     )  Refiling, dated 2/11/2026
                      )  (Bankr. ECF No. 111)
  Appellee.           )

**EXHIBIT A**
**SUPPLEMENTAL DESIGNATION OF ITEMS TO BE INCLUDED**
**IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(C), Appellant Brian L.

Sexton hereby supplements his Designation of Contents for Inclusion in Record (Bankr. ECF

No. 135, filed March 20, 2026) by designating the following additional items. The numbering

below continues from the forty (40) items enumerated in the Initial Designation.

**I. SUPPLEMENTAL DOCUMENT DESIGNATION**

| Item No. | ECF | Date Filed | Description |
|---|---|---|---|
| 41 | 29 | 10/02/2025 | Order Approving Final Account of Chapter 13 Trustee (subsequently vacated by Bankr. ECF No. 44) [transferred from W.D. Mo. on 12/05/2025] |
| 42 | 36 | 10/06/2025 | Order of the Court Vacating the Dismissal and Reinstating the Case (vacating Bankr. ECF No. 26) [transferred from W.D. Mo. on 12/05/2025] |
| 43 | 44 | 10/10/2025 | Order of the Court Vacating Document (vacating Order Approving Final Account at Bankr. ECF No. 29) [transferred from W.D. Mo. on 12/05/2025] |
| 44 | 79 | 12/08/2025 | Notice of Debtor's Prior Filings (listing Case Nos. 25-20382 (W.D. Mo.), 25-09774, 24-14852, and 23-00974 (N.D. Ill. Bankr.)) |
| 45 | 87 | 01/27/2026 | Notice of Objection Filed by Brian L Sexton (RE: 82 Motion to Confirm Termination or Absence of Stay) |
| 46 | 88 | 01/28/2026 | Application to Set Hearing on Emergency Motion Filed by Brian L Sexton |

9

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Emergency Motion, 54 pages) |
| 47 | 89 | 01/28/2026 | Declaration of Brian Sexton in Support of Emergency Motion (RE: 88 Application to Set Hearing on Emergency Motion) |
| 48 | 90 | 01/28/2026 | Order Denying Application to Set Hearing on Emergency Motion (Related Doc # 88), signed 1/28/2026 |
| 49 | 94 | 02/05/2026 | Notice of Motion and Motion to Prohibit Further Filings by Jamila Aldasheva and Jeffrey K. Paulsen, to Declare Them Restricted Filers, and to Refer Attorney Paulsen for Disciplinary Proceedings (with Request for Emergency Interim Suspension) Filed by Brian L Sexton |
| 50 | 95 | 02/05/2026 | Attachment(s) Exhibits A, B, C, D, E, F Filed by Brian L Sexton (RE: 94 Motion) |
| 51 | 96 | 02/05/2026 | Attachment(s) G, H, I, J Filed by Brian L Sexton (RE: 94 Motion) (67 pages) [includes Aldasheva's prior relief-from-stay motion as exhibit, material to Argument IV.D (Aldasheva judicial admission)] |
| 52 | 97 | 02/05/2026 | Declaration In Support of Motion Filed by Brian L Sexton (RE: 94 Motion) |
| 53 | 98 | 02/06/2026 | Notice of Motion and Motion to Dismiss Chapter 13 Bankruptcy Case on Debtor's Initiative Filed by Brian L Sexton (motion under 11 U.S.C. § 1307(b)) |
| 54 | 99 | 02/06/2026 | Application to Set Hearing on Motion to Dismiss Chapter 13 Bankruptcy Case on Debtor's Initiative Filed by Brian L Sexton |
| 55 | 100 | 02/06/2026 | Attachment(s) Exhibits Filed by Brian L Sexton (RE: 99 Application to Set Hearing on Motion to Dismiss) |
| 56 | 101 | 02/06/2026 | Order Granting Application to Set Hearing on Motion to Dismiss Chapter 13 Bankruptcy Case on Debtor's Initiative (Related Doc # 99), signed 2/6/2026 |
| 57 | 102 | 02/06/2026 | Notice of Motion and Motion for Sanctions Against Debtor's Attorney Under Rule 9011 Filed by Brian L Sexton |
| 58 | 105 | 02/10/2026 | Notice of Objection Filed by Brian L Sexton (39 pages) (RE: 84 Motion to Dismiss and Bar Debtor from Refiling) |
| 59 | 106 | 02/10/2026 | Renewed Emergency Motion to Reconsider Order Confirming Termination or Absence of Stay (25 pages) Filed by Brian L Sexton |
| 60 | 108 | 02/11/2026 | (E)Order Mooting Motion to Dismiss (Related Doc # 98) (mooting Appellant's § 1307(b) motion) |
| 61 | 109 | 02/11/2026 | (E)Order Mooting Motion (Related Doc # 94) (mooting Motion to Prohibit Further Filings) |
| 62 | 110 | 02/11/2026 | (E)Order Mooting Motion for Relief from Judgment or Order (Related Doc # 106) (mooting Renewed Emergency Motion to Reconsider) |
| 63 | 112 | 02/11/2026 | (E)Order Denying for the Reasons Stated on the Record Sanctions Against Debtor's Attorney Rule 9011 (Related Doc # 102), signed 2/11/2026 |
| 64 | 138 | 03/26/2026 | Transcript regarding Hearing Held 01/28/26 (RE: related document(s) 88 Application to Set Hearing on Emergency Motion); transcript access restricted through 06/24/2026 |
| 65 | 139 | 03/26/2026 | Transcript regarding Hearing Held 02/11/26 (RE: related document(s) 108 Order on Motion to Dismiss); transcript access restricted through 06/24/2026 |

## II. SUPPLEMENTAL TRANSCRIPT DESIGNATION

To the extent not already transmitted as part of the original record, Appellant designates

the filed transcripts of the following proceedings (corresponding to Bankr. ECF Nos. 138 and

139) for inclusion in the supplemental record under Federal Rules of Bankruptcy Procedure 8009 and 8010:

A. Hearing held January 28, 2026, before the Honorable Deborah L. Thorne, United States Bankruptcy Judge; and

B. Hearing held February 11, 2026, before the Honorable Deborah L. Thorne, United States Bankruptcy Judge.

### III. SUPPLEMENTAL DESIGNATION OF CLAIMS REGISTERS

Pursuant to 11 U.S.C. § 501 and Federal Rule of Bankruptcy Procedure 5005, Appellant designates the following Claims Registers for inclusion in the supplemental record:

A. Claims Register, *In re Brian L. Sexton*, Case No. 25-20382-can13, United States Bankruptcy Court for the Western District of Missouri (reflecting five claims totaling $72,243.60, no claim filed by Jamila Aldasheva); and

B. Claims Register, *In re Brian L. Sexton*, Case No. 25-18672, United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (reflecting the same five transferred claims, no claim filed by Jamila Aldasheva).

### IV. NO AMENDMENT TO STATEMENT OF ISSUES ON APPEAL

Appellant's Statement of Issues on Appeal, filed concurrently with the Initial Designation on March 20, 2026 (Bankr. ECF No. 135), is unchanged. This Supplemental Designation does not alter, supersede, or amend any issue identified in the Statement of Issues. The supplemental items are designated solely to support factual representations developed in Appellant's Opening Brief on issues already preserved and to ensure that the District Court has the complete record necessary for plenary review.

Respectfully submitted,

11

Brian L. Sexton
Appellant, pro se
540 N. Dearborn St., #10023
Chicago, IL 60610
(708) 820-8170
bsextoneil@gmail.com

Dated: April 26, 2026

12