



RECEIVED
4/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 26-cv-02169 |
| | ) | |
| BRIAN L. SEXTON, | ) | Hon. Charles P. Kocoras |
| | ) | |
| Debtor. | ) | On Appeal from the United |
| | ) | States Bankruptcy Court for |
| _____ | ) | the Northern District of |
| | ) | Illinois, Case No. 25-18672 |
| BRIAN L. SEXTON, | ) | (Hon. Nancy A. Peterman) |
| | ) | |
| Appellant, | ) | |
| | ) | Order Appealed: Order |
| v. | ) | Granting Motion to Dismiss |
| | ) | and Bar Debtor from |
| JAMILA ALDASHEVA, | ) | Refiling, dated 2/11/2026 |
| | ) | (Bankr. ECF No. 111) |
| Appellee. | ) | |

### PROPOSED ORDER
### ORDER GRANTING APPELLANT'S MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL DESIGNATION OF ITEMS TO BE INCLUDED
### IN THE RECORD ON APPEAL

This matter coming before the Court on Appellant Brian L. Sexton's Motion for Leave to File Supplemental Designation of Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(C) (the "Motion"); the Court having reviewed the Motion and the Supplemental Designation attached thereto as Exhibit A; due notice having been given; and the Court finding that the items identified are material to the issues on appeal and that the omissions occurred by error or accident;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Supplemental Designation of Items to be Included in the Record on Appeal attached to the Motion as Exhibit A is deemed filed as of the date of this Order.

3. Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(C) and 8010, the Clerk of the United States Bankruptcy Court for the Northern District of Illinois is directed to certify and transmit a supplemental record to this Court including: (a) the docket items listed in the Supplemental Designation; (b) the corresponding filed transcripts of the January 28, 2026 and February 11, 2026 hearings; and (c) the Claims Registers of *In re Brian L. Sexton*, Case No. 25-20382-can13 (W.D. Mo.) and *In re Brian L. Sexton*, Case No. 25-18672 (N.D. Ill. Bankr.).

4. Entry of this Order does not modify any briefing schedule or other deadline currently in effect in this appeal.

ENTERED:

_____
Hon. Charles P. Kocoras
United States District Judge

Date: _____

*Order prepared and submitted by:*
*Brian L. Sexton, Appellant, pro se*

14