



**FILED**
4/26/2026    JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 26-cv-02169 |
| | ) |
| BRIAN L. SEXTON, | ) Hon. Charles P. Kocoras |
| | ) |
| Debtor. | ) On Appeal from the United |
| | ) States Bankruptcy Court for |
| _____ | ) the Northern District of |
| | ) Illinois, Case No. 25-18672 |
| BRIAN L. SEXTON, | ) (Hon. Nancy A. Peterman) |
| | ) |
| Appellant, | ) |
| | ) Order Appealed: Order |
| v. | ) Granting Motion to Dismiss |
| | ) and Bar Debtor from |
| JAMILA ALDASHEVA, | ) Refiling, dated 2/11/2026 |
| | ) (Bankr. ECF No. 111) |
| Appellee. | ) |

**CERTIFICATE OF SERVICE**

I, Brian L. Sexton, hereby certify that on April 26, 2026, I caused a true and correct copy of the foregoing Appellant's Motion for Leave to File Supplemental Designation of Items to be Included in the Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(C), together with Exhibit A (Supplemental Designation) and Proposed Order, to be served on the parties identified below pursuant to Federal Rule of Bankruptcy Procedure 8011(d) by the methods indicated:

**Via the Court's CM/ECF Electronic Filing System (District Court, Case No. 26-cv-02169) and/or the bankruptcy court's CM/ECF (Case No. 25-18672):**

Marilyn O. Marshall, Chapter 13 Trustee
Email: courtdocs@chi13.com

Kristin J. Conwell, Esq.
Email: KristinConwell@hsbattys.com; bankruptcy@hsbattys.com

Jeffrey K. Paulsen, Esq., counsel for Appellee Jamila Aldasheva
Email: jpaulsen@ph-firm.com

Any other party that appeared in the bankruptcy proceeding and is registered for electronic notice via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2026.

Brian L. Sexton
Appellant, pro se