**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Brian L Sexton

              Plaintiff,

v.

                                              Case No.: 1:26–cv–02169

Marilyn O. Marshall                               Honorable Charles P. Kocoras

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Appellant's Motion for Leave to File Supplemental Designation of Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8009(e)(2)(C) [7] is denied as moot, having been superseded by Appellant's substantively identical refiled motion [12]. To the extent practicable, the parties are encouraged to file a joint stipulation regarding material omissions or misstatements in the record, in accordance with Fed. R. Bankr. P. 8009(e)(2), by 5/27/2026. Given the volume of supplemental filings and exhibits already submitted, a joint stipulation would assist the Court in efficiently resolving the scope of the record on appeal. The Court thanks the parties in advance for their cooperation. If a stipulation cannot be reached, any opposition by Appellee to the motion [12] is due by 5/27/2026. Appellant's reply, if any, is due by 6/10/2026. The briefing schedule set by the Court's 4/2/2026 minute order [5] remains in effect. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.