# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Brian L Sexton

                     Plaintiff,

v.                                             Case No.: 1:26–cv–02169

                                             Honorable Charles P. Kocoras

Marilyn O. Marshall

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court received a document from Appellant stating, "Please wait." It is unclear whether this document is what Appellant intended to file, or if an error occurred. By 6/22/2026, Appellant shall either re–file the correct document or file a status report detailing what the Court should wait for and providing an update on the status of this case. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.